UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-38(DSD/AJB)

Richard C. Johnson,

Plaintiff,

v.

**ORDER OF REFERENCE**

Dana Corporation and Wix-Napa,
a division of Dana Corporation,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Arthur J. Boylan is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants' motion to transfer which has been filed in this matter. Any such motion shall be heard before Magistrate Judge Boylan.

Dated: June 20, 2000

David S. Doty, Judge
United States District Court

FILED JUN 2 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______