UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD C. JOHNSON,

Plaintiff,

v.

DANA CORPORATION, ET AL.

Defendants.

Civil No 00-38 DSD/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 14, 2000, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant Dana Corporation's Motion to Transfer [Docket No. 12] is denied.

DATED: August 11, 2000.

Judge David S. Doty
U. S. District Court

AUG 11 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK