UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard C. Johnson,

Plaintiff,

vs.

Dana Corporation, and Wix-Napa, a division of Dana Corporation,

Defendants.

Case No. 00-38 (DSD/AJB)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties that this matter may be dismissed in its entirety with prejudice and without costs or attorneys fees to any party.

**SO STIPULATED:**

Dated: September 15, 2000

STEPHEN C. FIEBIGER & ASSOCIATES, CHTD.

By [signature]
Stephen C. Fiebiger (# 149664)
2500 West County Road 42, Suite 106
Burnsville, MN 55337
Telephone: (952) 746-5171

Attorneys for Plaintiff

SEP 2 2 2000
FEDERAL CLERK

Dated: 9/18, 2000

DORSEY & WHITNEY LLP

By ______________________

Douglas R. Christensen (# 192594)
Matthew E. Klein (#258957)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Dana Corporation

**SO ORDERED:**

Dated: Sept. 22, 2000

______________________

Honorable David S. Doty
United States District Judge